## Farrell v. Commonwealth.

(Decided February 6, 1925.)

### Appeal from Bourbon Circuit Court.

JOHN B. O'NEAL and STEPHENS L. BLAKELY for appellant.

FRANK E. DAUGHERTY, Attorney General, and MOORMAN DITTO, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Affirming.

This is a companion case to that of Hall v. Commonwealth, 207 Ky. 718, 266 S. W. 1076. The facts involved and the contentions made in this case are in all respects identical with those in the Hall case. For the reasons stated in the opinion in that case, the judgment of the lower court in this case is affirmed.

Judgment affirmed. Whole court sitting.